**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CARL D. JACKSON
ADC #98003                                                                                                    PLAINTIFF

V.                                         2:05CV00023-WRW/HDY

JENNIFER DOUGLASS *et al.*                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.   IT IS THEREFORE ORDERED THAT Plaintiff's motion to dismiss Defendant Bell (docket entry #55) is GRANTED, Plaintiff's claims against Defendant Bell are dismissed, and she is dismissed as a party Defendant.

DATED this 17th day of April, 2006.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE