# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

CARL D. JACKSON
ADC #98003                                        PLAINTIFF

V.                        2:05CV00023 WRW

JENNIFER DOUGLASS *et al.*                           DEFENDANTS

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Defendants' motion for summary judgment (docket entry #95) is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED this 12th day of March, 2007.

                                                      /s/Wm. R. Wilson, Jr.
                                           UNITED STATES DISTRICT JUDGE